# EXHIBIT D



# A Proposal to T-Scan for Alfresco Implementation

PRIVATE / PROPRIETARY

**Contains Private or Proprietary Information**

The details presented in this document are the efforts of BPA Technologies, hereafter referred to as BPA and confidential. The confidential information contained in this document is to be used only for and by T-Scan. T-Scan is not to disclose the terms of this document to any third party except to those employees and authorized agents of Tscan related to this initiative.

10 October, 2008

Submitted by:

BPA TECHNOLOGIES INC.
7041, Koll Center Parkway, Suite 235
Pleasanton, CA 94566.
Phone: (925) 600 1012 Fax :( 510) 279-5629



# Table of Contents

11.0 Introduction ....................3
1.1 Project Goals & Objectives ....................3
1.2 Project Scope ....................3
1.2.1 Architecture and Design ....................3
1.2.2 The source for the scope understanding is: ....................4
1.2.3 Specific exclusions ....................4
2.0 Recommended Solution ....................5
2.1 Products, Tools and Technologies ....................5
2.2 Technical View of Proposed Solution ....................5
2.2.1 Solution Diagram: ....................6
2.2.2 Software application stack that will form part of the solution: ....................7
2.2.3 The main features of Document/Image Viewer: ....................7
3.0 Functional View ....................8
3.1 User Module ....................8
3.2 Liferay-Alfresco Integration Module ....................8
3.3 Corporate Overview Module ....................9
3.4 Services Module ....................9
3.5 News/Events Module ....................9
3.6 Management Module ....................9
3.7 Contact Us Module ....................9
4.0 Provision for Future Roadmap ....................10
4.1 Court Reporting Services ....................10
4.2 Referral Network ....................10
4.3 News/Events ....................10
5.0 Timelines/Schedule ....................11
5.1 Activities and Deliverables ....................11
5.2 Project Timeline ....................13
6.0 Project Roles and Responsibilities ....................14
7.0 Assumptions ....................15
7.1 Technical Assumption ....................15
7.2 Resource Assumption ....................15
7.3 General Assumptions ....................15
8.0 Project Price and Payment Terms ....................16
1. Resource, Project Duration & Price ....................16
8.1 Project Expenses ....................16
Appendix A: Acceptance and Sign Off ....................17



# 11.0 Introduction

## 1.1 Project Goals & Objectives

T-Scan Corporation is a privately operated, full service litigation support company headquartered in Seattle, Washington. T-Scan Corporation is dedicated to remain at the forefront of technology, offering the latest in record retrieval methods, document production, and electronic discovery to its customers.

T-Scan intends to leverage the functionality of their existing Cold-Fusion Application into Alfresco by building a Web Application and develop a hosted document repository with Alfresco as the technology backbone through which T-Scan can deliver documents out to its clients. T-Scan's objective is to provide an effective business process outsourcing service that simplifies the labor and technology intensive task of record retrieval.

T-Scan intends to redesign its web site, tscanonline.com. The objectives of the project are as follows:

- Propose a usable interface for customers to interact with T-Scan.
- Remove the dependency on Cold-Fusion intranet application.
- Allow T-Scan employees to create and follow-up orders and tasks.
- Provide a simpler user interface for specialists of T-Scan.
- Propose a more product-centric Website design.
- Provide a better search functionality to the specialists in-order to search for Orders, Patients, Providers, Cases etc.,
- Provide a centralized repository to store the documents.

## 1.2 Project Scope

BPA's understanding of the scope of this project includes the following activities based on the high level requirements from T-Scan:

### 1.2.1 Architecture and Design

    a. **Activities:** Propose new architecture and design to implement Tscanonline.com using the following product stack.
- Alfresco 2.9 Enterprise for Content Management
- Customize the Alfresco Web Client to replace Cold-Fusion application functionality.
- A custom Alfresco data model to replace Cold-Fusion application database schema.
- Lucene for indexing and searching documents and meta-data.
- Customize the Liferay-Alfresco Portal to build Tscanonline.com website.
- Analyze requirements & design, develop, test and deploy the Alfresco based application for T-Scan
- Develop a Web Application that allows the specialists (T-Scan employees) to create orders and track the request, received and QA tasks of the records.
- Develop Profile/Role based user access
- Allow for sharing of documents within the case community
- Develop/integrate a PDF Document viewer that does not allow any saving or caching of images or documents in custom folders
- Integration of Kofax Scanner with Alfresco that allows the scanned documents to be created in specific folders and subfolders of the directory structure, with corresponding meta-data.



    b. **Deliverables:** A high level architecture/design document will be designed. The document will outline logical and physical architecture, choice of tools, technologies and products. The high level design will identify different types of use cases, and for each use case, outline process flow, components, data sources and user interface.

    c. **Roles & Responsibilities:** BPA will produce the architecture and design document.

- Analyze requirements & design, develop, test and deploy the Alfresco based application for T-Scan
- Develop a Web Application that allows the specialists (T-Scan employees) to create orders and track the request, received and QA tasks of the records.
- Develop Profile/Role based user access
- Allow for sharing of documents within the case community
- Develop/integrate a PDF Document viewer that does not allow any saving or caching of images or documents in custom folders
- Integration of Kofax Scanner with Alfresco that allows the scanned documents to be created in specific folders and subfolders of the directory structure, with corresponding meta-data.

### 1.2.2 The source for the scope understanding is:

- BPA's on-site visit to T-Scan, Conference call and discussion with T-Scan team involved in this initiative

### 1.2.3 Specific exclusions

The following activities and artifacts are specifically excluded from BPA's current project scope.

1. Integration of Kofax for Bates Numbering.
2. Integration of the Court Reporting Services.
3. Integration of the Referral Network Services.
4. Integration of the Billing Invoices in the website.
5. Integration of the News/Events in the website.
6. Migration of existing documents and their meta-data into Alfresco Repository.
7. Layout and Graphics Design of the Tscanonline.com website.



# 2.0 Recommended Solution

## 2.1 Products, Tools and Technologies

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Liferay Portal Integration with Alfresco Repository
2. Static Content on all the links viz., Corporate Overview, Management, Contact Us within the Liferay Portal
3. Building custom portlets in Liferay that will interact with Alfresco Repository
4. A user space for attorneys/paralegals in Alfresco.
5. A web application for replacing the existing cold-fusion application that will be built into the Alfresco Web Client.

The key objectives of the design effort are to replace the existing T-Scan's Cold-Fusion Application and build a web application within Alfresco Web Client and provide the above functionalities within the website.

T-Scan has also chosen Alfresco Enterprise as the strategic content management platform and wants to leverage it wherever appropriate.

## 2.2 Technical View of Proposed Solution

The following diagram illustrates the logical breakdown of the various services, and systems in the proposed architecture. Please note that the diagram represents neither the logical nor the physical architecture. It is only meant to allow readers to visualize the various components that are in scope of the engagement. The logical, physical and deployment model of the solution will be addressed in the design document.



### 2.2.1 Solution Diagram:





### 2.2.2 Software application stack that will form part of the solution:

| Component | Software |
|---|---|
| Content Management System | Alfresco Enterprise Release 2.9 alpha |
| Portal | Liferay 5.1 |
| Database | MS SQL Server 2005 |
| Document Viewer: | Acordex ViewTIFF for Java |
| Imaging and Scanning | Kofax Ascent Capture 7x |
| Alfresco Kofax plug-in | Alfresco-CIFS |
| Application Server | Apache Tomcat 5.5 |
| Platform | Java J2EE |

### 2.2.3 The main features of Document/Image Viewer:

| Feature | Acordex View TIFF for Java |
|---|---|
| View | Yes. Can handle multiple image formats including TIFF and PDF |
| Markup/Annotate | yes |
| Redact | No |
| Publish/Save | Yes |
| Content Security | Yes. File name encryption lets you control what image is displayed, track who views which documents and restrict who prints documents |
| Integration | Yes. Java Based. |
| License/Cost | TBD |



# 3.0 Functional View

This section provides a functional view of the proposed solution. The website/web application is functionally broken down in to the following modules:

## 3.1 User Module

The user module provides general website user and account management functions that allow T-Scan users and employees to register, and access website information and services. The module implements and supports registration, user profiles, and authentication and role based access control.

The information relevant to users/accounts can be categorized into the following:

- Registration, and profile information
- Services information such as orders, tasks, records etc
- User information is also stored in Alfresco Content repository.

## 3.2 Liferay-Alfresco Integration Module

The Liferay-Alfresco Integration module provides access to Liferay portal with out-of-the-box Liferay portlets and custom portlets that integrate with Alfresco.

1. Integration of Liferay with Alfresco
   Description: Basic Liferay and Alfresco integration.

2. User authentication will be a single -sign on between Liferay and Alfresco.
   Description: When the user clicks on the “Incomplete Calls” and “Incomplete Research” all incomplete call tasks and incomplete research tasks, which are basically half-done request tasks, will be displayed.

1. Registration Process.
   Description: When the user submits the registration form, the form will be sent to the Tscan Administrators. Upon validating the user, the Tscan admin will create the user profile and send a notification to the newly created user.

2. Uploading Document from Liferay into Alfresco (manual process, if the client wants it)
   Description: TBD

3. Integration of out-of-the-box Liferay Portlets
   Description: Some of the out-of-the-box portlets will be integrated:
   a. The breadcrumb Portlet
   b. The Navigation Portlet
   c. The Nested Portlet
   d. Recent Documents
   e. Site Map
   f. Chat
   g. Calendar
   h. Mail
   i. Communities
   j. Directory
   k. Invitation

4. Integration of Custom Alfresco views as Portlets into Liferay
   Description: Custom Alfresco Views will be made available from within the Liferay portal as Portlets:



      a. Create a custom Alfresco Portlet For The User's Repository
      b. Create a custom Alfresco Portlet For Users To See The Status of a Job within an Order.
         (This would be tied to current order and job info in the portal application)
      c. Create a Portlet that would allow for the viewing of billing history and current invoices.
         (This again would be tied to current billing history in the Portal Application)

5. Integration of Tscanonline website into Liferay.
   Description: The first view when a user visits the Tscanonline.com. This static-website will be integrated into Liferay

## 3.3  Corporate Overview Module

The module provides general website corporate overview information about T-Scan as a static content.

## 3.4  Services Module

The services module provides general website services information and will also allow the users to access the services such as Record Retrieval, Court Reporting, Referral Network etc., The users who are attorneys/paralegals will be allowed to create orders and submit these order requests to the T-Scan employees.

## 3.5  News/Events Module

This module provides information about news and events, the content for this module will be dynamic and will be published using a content authoring tool.

- Dynamic Content for News/Events: Building a Web Content Management only for one specific content page will not be an ideal solution. So BPA recommends using a simple Web-Authoring tool to publish this page.

## 3.6  Management Module

This module provides T-Scan's management's information in a hierarchical format.

## 3.7  Contact Us Module

The Contact Us module will have a form and the users will be able to fill this information and submit to T-Scan.



# 4.0 Provision for Future Roadmap

T-Scan has a future roadmap for applications which will be built into the website. The design of the web application is made to fit in the future components that T-Scan intends to build. The modules are mentioned below:

## 4.1 Court Reporting Services

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Upload document to the Court Reporter space
2. Calendar function
3. Book a Court Reporter
4. Send Request to Tscan
5. Tscan Schedules a Court Reporter
6. Rating

## 4.2 Referral Network

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Upload document to the user space
2. Calendar function
3. Book an Expertise
4. Send Request to Tscan
5. Tscan Schedules the Expertise
6. Rating

## 4.3 News/Events

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. User will have a Web Authoring Tool which will allow the user to publish the content as News/Events.



# 5.0 Timelines/Schedule

The schedule for the project is based on a 22-work week delivery timetable, as indicated in the table below.

## 5.1 Activities and Deliverables

This section outlines the key phases, activities and related deliverables.

| Milestone Phases | Description and Activities | BPA Deliverables | T-Scan Deliverables |
|---|---|---|---|
| Knowledge acquisition Requirements<br>*Week 1 to 2* | • Project kickoff workshop<br>• Review in detail all requirements furnished by T-Scan | • Detailed Requirement Specification for sign off by TScan | • Participate in Project Kickoff workshop<br>• UI Specification<br>• Requirements Deliverable Review<br>• Signoff |
| Environment Setup<br>*Week 1* | • Prepare, Install and configure Development, Test & Production environment | • Installed Environments | • Provide Software, hardware and licenses including access to Kofax Imaging Server |
| Technical Design<br>*Week 3 to 5* | • Detailed design of the Application Implementation<br>• Develop Test cases and Test plan<br>• Develop Project plan | • BPA Project plan<br>• Design Document<br>• Test Plan | • Master Project plan<br>• Design Deliverables Review<br>• Signoff |



| Alfresco-Liferay Development<br>*Week 6 to 20* | • Implement the configuration and customization as defined in the Design document<br>• Develop the UI for replacing Cold-Fusion Application in Alfresco<br>• Develop the functionality of the Cold-Fusion Application in the Alfresco Web Client<br>• Integrate the third party Viewer with Alfresco<br>• Integrate Alfresco with Kofax and enable scanning of documents to specific folders and subfolders<br>• Develop the Tscanonline website's wire frame in Liferay.<br>• Customize the Liferay Portal and build custom portlets to interact with Alfresco repository.<br>• Update Design Document if needed | • Customized Alfresco Application | • Provide information and support as needed |
|---|---|---|---|

| Milestone Phases | Description and Activities | BPA Deliverables | T-Scan Deliverables |
|---|---|---|---|
| User Acceptance Testing<br>*Week 21* | • Deploy the application in UAT / Staging environment<br>• Defect fixes to the application | • Assist T-Scan in UAT<br>• Bug Fixing | • Conduct User Acceptance Testing<br>• Signoff |
| Deployment and Knowledge Transfer<br>*Week 22* | • Deploy the application in Production<br>• Final update to documentation<br>• Application Handover | • Assist deployment of the application to Production environment<br>• Perform Knowledge Transfer | • Prepare Production Environment Implement appropriate monitoring and other data center processes & operations<br>• Dedicated resources to handle operations<br>• Signoff on Documentation<br>• Project Signoff |



## 5.2 Project Timeline

The schedule for the Alfresco Custom Application implementation is based on a 15-work week delivery timetable, as indicated in the table below.

| Activity | Wk 1 | Wk 2 | Wk 3 | Wk 4 | Wk 5 | Wk 6 | Wk 7 | Wk 8 | Wk 9 | Wk 10 | Wk 11 | Wk 10 | Wk 13 | Wk 14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Requirements | | | | | | | | | | | | | | |
| Environment Setup | | | | | | | | | | | | | | |
| Technical Design | | | | | | | | | | | | | | |
| Alfresco Development | | | | | | | | | | | | | | |

The above Timelines have been accomplished. Hence forth there will be 8 more weeks which includes 6 weeks for development, 1 week for UAT and 1 week for deployment.

| Activity | Wk 15 | Wk 16 | Wk 17 | Wk 18 | Wk 19 | Wk 20 | Wk 21 | Wk 22 |
|---|---|---|---|---|---|---|---|---|
| Alfresco Development | | | | | | | | |
| Liferay Dev & Integration | | | | | | | | |
| UAT | | | | | | | | |
| Deployment & KT | | | | | | | | |



# 6.0 Project Roles and Responsibilities

| Role | Responsibilities |
|---|---|
| **BPA** | |
| Project Advisor<br>(On shore, Pleasanton USA )<br><br>On a Need Basis | • Remains as the highest point of escalation for all matters concerning this project<br>• Provides advice to the execution team<br>• Assumes overall project management responsibility for BPA<br>• Provides timely management reporting and feedback |
| Architect<br>(On shore Pleasanton, USA will visit T-Scan for requirement gathering and critical meetings) | • Develop the application modules / functionality using established guidelines and apply best practices to ensure quality of work<br>• Integrate the PDF Document viewer<br>• Integrate the Electronic Records into the Website<br>• Implement non-caching requirement<br>• Modify the Kofax Release script to allow for loading documents into subfolders |
| Portal Consultant<br>(On shore Pleasanton) | • Customize Life ray portal<br>• Integration with Alfresco |
| Senior Developer<br>(Off shore-India) | • Build the Alfresco Web Client Interface<br>• Develop the custom components in Alfresco Web Client based on the SRS.<br>• Testing and Bug Fixing |
| T-Scan | |
| Business Sponsor | • Remains as the highest point of escalation for all matters concerning this project<br>• Provides advice to the execution team<br>• Conducts periodic internal project reviews |
| Project Manager/Business Analyst | • Assumes project management responsibility and execution ownership of T-Scan part of project plan<br>• Function as a single point of contact and facilitate transfer of knowledge and assistance to the BPA team from T-Scan team<br>• Assign, monitor, track, facilitate and collaborate project tasks to T-Scan team members Interviews business owners, stakeholders, end users, administrators, etc to gather requirements<br>• Responsible for unambiguous representation of the user requirements<br>• Responsible for explaining, demonstrating the intended functionality to the users and providing all necessary details to development (BPA) team |
| Systems Support Personnel | • Provide system support to the development team in terms as System Admin, DBA, Network engineer, internal systems administrators<br>• Review the environment specifications developed by the project team<br>• Setup environments according to the specifications |



# 7.0  Assumptions

## 7.1  Technical Assumption

1. The software development platform is Alfresco Enterprise Release 2.9 and Liferay 5.1
2. The database will be MySQL 5.0
3. External system integrations are not considered as part of the scope.
4. T-Scan will build the Production environment according to the specifications of BPA. BPA will provide direct support, as needed, to accomplish the production setup.

## 7.2  Resource Assumption

1. BPA will assign a Key project contact that will be responsible for the project monitoring and reporting.
2. T-Scan professionals will be available to participate in the project as required for consultation, analysis, project meetings, clarifications, review and feedback.
3. T-Scan will provide workspace for the BPA staff working on site in T-Scan premises.
4. T-Scan will provide remote access to BPA from within T-Scan network to their development / testing & Production environment.
5. T-Scan will provide necessary resources and assistance in environment setup issues, such as database dump, code base, source control system, etc. and to keep the required systems running for the project activities.

## 7.3  General Assumptions

1. The project will be executed on a continuous basis once started without any break in between.  This includes go live activities.
2. T-Scan will be responsible for managing the involvement of any third party vendors / other T-Scan project teams, adhering to the project plan and time line.
3. T-Scan will provide requested information namely documents, data and any other relevant information required for successful project completion, based on the timelines defined in the detailed project plan developed during the planning phase of the project.
4. T-Scan will authorize, provide and facilitate access to necessary application, software, system, license and documentation.  When needed T-Scan will conduct or facilitate knowledge transfer sessions to BPA team
5. T-Scan will provide for adequate hardware, software, software licenses and tools (infrastructure) to meet development, testing and deployment needs for this engagement.
6. T-Scan will provide feedback to BPA on deliverable documents in a timely fashion, not longer than three business days after receipts of the deliverable. If there is a delay the deliverables will be considered as accepted.
7. T-Scan will complete all assigned tasks according to the timelines defined in the detailed project plan.
8. T-Scan will perform the UAT itself with help from BPA in system level preparation for UAT and pre defined acceptance criteria furnished by T-Scan.

# 8.0 Project Price and Payment Terms

BPA estimates that this project will take 22 weeks elapsed time at an estimated cost of US **$110,000.** The project execution will leverage BPA's off-site delivery capability for the construction phase of the project.

## 1. Resource, Project Duration & Price

| Resource Description | Estimated Work Hours | Hourly Billing rate |
|---|---|---|
| Architect<br>(Harsha Rachapalli or equivalent) | 680 | $90/hr |
| Portal Consultant<br>(Rama or equivalent) | 320 | $90/hr |
| Senior Developer<br>(Suresh or equivalent) | 400 | $50/hr |
| Project Advisor<br>(Vijji Suryadevara or equivalent) | On a need Basis | No Charge |

The price calculation assumes the participation of 2 BPA FTEs in USA and 1 BPA FTEs offshore. The price also factors in cost towards development hardware required by the BPA team and communication expenses. BPA will present invoice on fortnightly basis and expects to receive payment within 15 days from the date of receipt of invoice. All invoices will be based on approved time sheets.

T-Scan and BPA will work together to assess project impact caused by significant scope changes and BPA will implement the scope changes once a mutual commercial and project schedule agreement is reached. Small scope changes will be absorbed by BPA or a scope tradeoff can be agreed to by both parties.

## 8.1 Project Expenses

The price described in section 8.0 does not include expenses towards travel, boarding and lodging of BPA personnel.

Assuming that 1 BPA personnel will spend 3 weeks onsite at T-Scan, Seattle, USA, a high level estimate for travel related expense onsite will be approximately US$ 4100.00, which includes $1904 Lodging, $896 per diem, $700 in rental car, and $600 in air fare.

Such travel must be pre-approved by T-Scan and will be charged to T-Scan on an actual basis. No expenses will be incurred without prior approval from T-Scan. All travel by BPA personnel shall be consistent with T-Scan travel and expense guidelines



# Appendix A: Acceptance and Sign Off

By signing below, BPA Technologies (BPA) and T-Scan accept this proposal as a statement of work that will be executed by BPA. This proposal will supersede any prior project document or communication that may have been exchanged between BPA and T-Scan related to this implementation effort.

Once signed, any reproduction of this document made by reliable means (e.g., photocopy, facsimile or other scanned image) is considered an original.

| **BPA Technologies, Inc.** | **T-Scan Corporation,** |
|---|---|
| Signed: ______________________________ | Signed: ______________________________ |
| Name: ______________________________ | Name: ______________________________ |
| Title: ______________________________ | Title: ______________________________ |
| Date: ______________________________ | Date: ______________________________ |