# EXHIBIT G



# A Proposal to T-Scan for Alfresco Liferay Portal Implementation

PRIVATE / PROPRIETARY

**Contains Private or Proprietary Information**

The details presented in this document are the efforts of BPA Technologies, hereafter referred to as BPA and confidential. The confidential information contained in this document is to be used only for and by T-Scan. T-Scan is not to disclose the terms of this document to any third party except to those employees and authorized agents of Tscan related to this initiative.

30th December, 2008

Submitted by:

BPA TECHNOLOGIES INC.
7041, Koll Center Parkway, Suite 235
Pleasanton, CA 94566.
Phone: (925) 600 1012 Fax :( 510) 279-5629



# Table of Contents

1.0 Introduction .......... 3
1.1 Project Goals & Objectives .......... 3
1.2 Project Scope .......... 3
1.2.1 Architecture and Design .......... 3
1.2.2 The source for the scope understanding is: .......... 4
1.2.3 Specific exclusions .......... 4
2.0 Recommended Solution .......... 5
2.1 Products, Tools and Technologies .......... 5
2.2 Technical View of Proposed Solution .......... 5
2.2.1 Solution Diagram: .......... 6
2.2.2 Software application stack that will form part of the solution: .......... 7
3.0 Functional View .......... 8
3.1 User Module .......... 8
3.1.1 User Registration Process .......... 8
3.1.2 Sharing Document or inviting user to an external community. .......... 9
3.2 Kofax Alfresco Acordex Portal Integration .......... 11
3.2.1 CIFS .......... 11
3.2.2 Alfresco Content Model .......... 11
3.2.3 Alfresco Meta-data Synchronization. .......... 11
3.2.4 Acordex Integration .......... 11
3.3 Liferay-Alfresco Integration Module .......... 11
3.3.1 Create Order (T-Scan XLS Figure 9) .......... 12
3.3.2 Adding Recipients to Order/Request (T-Scan XLS Figure) .......... 17
3.3.3 Request Creation (T-Scan XLS Figure) .......... 20
*3.3.4 Standard Request (T-Scan XLS Figure)* .......... 23
*3.3.5 Subpoena Request (T-Scan XLS Figure)* .......... 23
3.3.5.1 Request Summary View .......... 26
3.3.5.2 Order Summary View .......... 27
3.3.6 Call History .......... 28
3.3.7 QC .......... 35
3.4 Corporate Overview Module .......... 44
3.5 Services Module .......... 44
3.6 News/Events Module .......... 44
3.7 Management Module .......... 44
3.8 Contact Us Module .......... 44
4.0 Provision for Future Roadmap .......... 45
4.1 Court Reporting Services .......... 45
4.2 Referral Network .......... 45
4.3 News/Events .......... 45
5.0 Timelines/Schedule .......... 46
5.1 Activities and Deliverables .......... 46
6.0 Assumptions .......... 49
6.1 Technical Assumption .......... 49
6.2 Resource Assumption .......... 49
6.3 General Assumptions .......... 49
7.0 Project Price and Payment Terms .......... 50
1. Resource, Project Duration & Price .......... 50
7.1 Project Expenses .......... 50
Appendix A: Acceptance and Sign Off .......... 51



# 1.0 Introduction

## 1.1 Project Goals & Objectives

T-Scan Corporation is a privately operated, full service litigation support company headquartered in Seattle, Washington. T-Scan Corporation is dedicated to remain at the forefront of technology, offering the latest in record retrieval methods, document production, and electronic discovery to its customers.

T-Scan intends to leverage the functionality of their existing Cold-Fusion Application into Alfresco by building a Web Application and develop a hosted document repository with Alfresco as the technology backbone through which T-Scan can deliver documents out to its clients. T-Scan's objective is to provide an effective business process outsourcing service that simplifies the labor and technology intensive task of record retrieval.

T-Scan intends to redesign its web site, tscanonline.com. The objectives of the project are as follows:

- Propose a usable interface for customers to interact with T-Scan.
- Remove the dependency on Cold-Fusion intranet application.
- Allow T-Scan employees to create and follow-up orders and tasks.
- Provide a simpler user interface for specialists of T-Scan.
- Propose a more product-centric Website design.
- Provide a better search functionality to the specialists in-order to search for Orders, Patients, Providers, Cases etc.,
- Provide a centralized repository to store the documents.

## 1.2 Project Scope

BPA's understanding of the scope of this project includes the following activities based on the high level requirements from T-Scan:

### 1.2.1 Architecture and Design

a. **Activities:** Propose new architecture and design to implement Tscanonline.com using the following product stack.
   - Alfresco 3.0 Enterprise for Content Management
   - Liferay Portal 5.1.2 for user interface
   - Customize the Liferay Portal to replace Cold-Fusion application functionality.
   - A custom Alfresco data model to replace Cold-Fusion application database schema.
   - Design a database in MySQL 5.1/MS SQL Server 2005.
   - Lucene for indexing and searching documents and meta-data stored in Alfresco.
   - Customize the Liferay Portal to build Tscanonline.com website.
   - Analyze requirements & design, develop, test and deploy the Alfresco based application for T-Scan
   - Develop a Web Application that allows the specialists (T-Scan employees and clients) to create orders and track the calls, request, received and QA tasks of the records.
   - Develop Role based user access
   - Allow for sharing of documents within the case community
   - Develop/integrate a PDF Document viewer that does not allow any saving or caching of images or documents in custom folders
   - Integration of Kofax Scanner with Alfresco that allows the scanned documents to be created in specific folders and subfolders of the directory structure, with corresponding meta-data.



b. **Deliverables:** A high level architecture/design document will be designed. The document will outline logical and physical architecture, choice of tools, technologies and products. The high level design will identify different types of use cases, and for each use case, outline process flow, components, data sources and user interface.

c. **Roles & Responsibilities:** BPA will produce the architecture and design document.

- Analyze requirements & design, develop, test and deploy the Alfresco based application for T-Scan
- Develop a Web Application that allows the specialists (T-Scan employees) to create orders and track the request, received and QA tasks of the records.
- Develop Role based user access
- Allow for sharing of documents within the case community
- Develop/integrate a PDF Document viewer that does not allow any saving or caching of images or documents in custom folders
- Integration of Kofax Scanner with Alfresco that allows the scanned documents to be created in specific folders and subfolders of the directory structure, with corresponding meta-data.
- **Migration of current Provider and Client Database (To include current electronic user names and passwords) into the new database.**

### 1.2.2 The source for the scope understanding is:

- An Excel Spreadsheet and Images provided by Tscan which is referred to by figure numbers throughout this document
- Conference call and discussion with T-Scan team involved in this initiative
- Rally Scrum as a methodology for the reporting and tracking of the backlog and iterations (The Backlog will be created and both Parties will agree upon the Iterations as part of acceptance of the proposal and before development begins. T-Scan will provide feedback to BPA's Iterations and will provide bug fixes based on the schedule of deliverables and a testing method which is agreed upon by BPA and T-Scan.

### 1.2.3 Specific exclusions

The following activities and artifacts are specifically excluded from BPA's current project scope.

1. Integration of Kofax for Bates Numbering.
2. Integration of the Court Reporting Services.
3. Integration of the Referral Network Services.



# 2.0 Recommended Solution

## 2.1 Products, Tools and Technologies

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Liferay Portal Integration with Alfresco Repository
2. Static Content on all the links viz., Corporate Overview, Management, Contact Us within the Liferay Portal
3. Building custom portlets in Liferay.
4. A web application for replacing the existing cold-fusion application that will be built into the Alfresco Web Client.

The key objectives of the design effort are to replace the existing T-Scan's Cold-Fusion Application and build a web application within Liferay Portal and provide the above functionalities within the Tscan portal.

T-Scan has also chosen Alfresco Enterprise as the strategic content management platform and wants to leverage it wherever appropriate.

## 2.2 Technical View of Proposed Solution

The following diagram illustrates the logical breakdown of the various services, and systems in the proposed architecture. Please note that the diagram represents neither the logical nor the physical architecture. It is only meant to allow readers to visualize the various components that are in scope of the engagement. The logical, physical and deployment model of the solution will be addressed in the design document.



### 2.2.1 Solution Diagram:





### 2.2.2 Software application stack that will form part of the solution:

| Component | Software |
|---|---|
| Portal | Liferay 5.1.2 |
| Content Management System | Alfresco Enterprise 3.0 |
| Database | MySql 5.x |
| Document Viewer | Acordex ViewTIFF for Java |
| Imaging and Scanning | Kofax Ascent Capture 7x |
| Alfresco Kofax plug-in | Alfresco-CIFS |
| Application Server | Apache Tomcat 5.5 |
| Platform | Java J2EE |



# 3.0 Functional View

This section provides a functional view of the proposed solution. The portal is functionally broken down in to the following modules:

## 3.1 User Module

The user module provides portal user's account management functionality that allows T-Scan users and employees to register, and access portal/website information and services. The module implements and supports registration, user profiles, and authentication and role based access control.

The information relevant to users/accounts can be categorized into the following:

- User Registration, and User profile information
- Different types of User Roles viz.,
  - ✓ User
  - ✓ Power User
  - ✓ Administrator
  - ✓ Consumer
- User access to custom portlets such as orders, tasks, records etc based on the above user roles.

### 3.1.1 User Registration Process

**Entry Points**

| | |
|---|---|
| SRS-1 | The user's entry point to TScan's Portal will be by accessing the URL, https://www.tscanonline.com. |
| SRS-2 | The user can simply browse the website as a normal user, if the user wishes to browse without login. |

| | |
|---|---|
| law firms liability | static page |
| insurance carriers | static page |
| class action/product liability | static page |
| production services | static page |
| records processing | static page |
| our process | new graphic page |
| Careers | hr page |
| registration splash | links to registration form |
| document services splash | links to documents services |
| research and referral splash | links to benchpress |
| introductory flash splash | go green type advertisement |
| about us | static page |
| Services | static page |
| our team | static page w/bios |



| Mission | static page |
|---|---|
| Faq | static page |
| contact us | static page |
| rss feed | rss portlet with legal news |
| corporate feed | t-scan newsletter |
| Login | login to client/t-scan portal |
| Submit/reset | submits or resets login |

Scenarios

| | |
|---|---|
| SRS-1 | The user will login or register link. |
| SRS-2 | Login credentials can be entered on any page (upper right corner). User enters User name and Password and clicks “Submit” for logging in. Clicking “Reset” button clears entered user credentials. |
| SRS-3 | If the user clicks on the register link, then the user’s registration UI will be opened. |
| SRS-4 | The user will fill out the registration form and click on “Submit” button. |
| SRS-5 | The user’s registration information is received by TScan’s Manager who will review the information and will either approve or reject the user’s registration process on line. |
| SRS-6 | If the user’s registration is approved, then the user will receive an email from Tscan with the user id and password and a link to the appropriate |
| SRS-7 | The user can use this information to login. |
| SRS-8 | T-Scan Employees will login in a similar methodology from the web URL |

### 3.1.2 Sharing Document or inviting user to an external community.

Please refer to the diagram below.





T-Scan Invitation Registration

| | |
|---|---|
| SRS-9 | Registered user can invite an external user to see a document or be part of his community. In this case the registered user will search for public user profiles and select one of the public user profiles or enter the email and name of the person (if there is no public user profile) and send in invite. |
| SRS-10 | An email from TScan server is sent to the user who has been invited. |
| SRS-11 | Email contains a link, clicking the link will send the user to a user registration page (where server realizes that a particular user has acknowledged the email). |
| SRS-12 | User enters his details and submits. Server checks the data user has entered and automatically sends in an email once all the details entered by the user are satisfactory. |
| SRS-13 | When user clicks the link (second email) sent, user is redirected to login page and upon login user's authorization is set to view document (which was shared to him) or be a part of the community where he was invited. |



## 3.2 Kofax Alfresco Acordex Portal Integration

### 3.2.1 CIFS

The scanned records received documents that will be released from Kofax will be stored in the Alfresco's watch folder, using the CIFS Network Share Drive.

### 3.2.2 Alfresco Content Model

1. There will be three custom types in Alfresco:
    a. Order Folder(Custom Content Type for Order Folder)
    b. Records Received Folder (Custom Content Type for Received Folder)
    c. Records (Custom Content Type for Records received scanned documents)
2. All the records received folders will be stored inside the Order Folder.
3. All the records received documents will be stored in the respective Records Received Folder.
4. Each Records Received content type will have a Records Received Job Id.
5. All the other PDF documents, viz., Tscan Cover Page, Regular/Subpoena Request Packets, and Invoices will be created inside their respective Order Folders.

### 3.2.3 Alfresco Meta-data Synchronization.

Each Records Received content type will have a Records Received Job Id and the meta-data will be synchronized from the Records Received Folder.

### 3.2.4 Acordex Integration

All the PDF documents will be retrieved from Alfresco repository within Liferay Portal and will be displayed to the user using Acordex Image Viewer.

## 3.3 Liferay-Alfresco Integration Module

The Liferay-Alfresco Integration module provides access to Liferay portal with out-of-the-box Liferay portlets and custom portlets that integrate with Alfresco.

Custom Portlets:

- T-Scan User

| Create Order Portlet/Wizard | Launches wizard to create order |
|---|---|
| Order Portlet | Views Modifies Existing Orders |
| Records Portlet | View Of Repository with Meta Search |
| Stats Portlet | View of Team and Individual Stats |
| Tasks Portlet | Lists Tasks By Order/Request or Filtered |
| Invoices Portlet | Lists Client Invoices Paid or Unpaid |
| Reports Portlet | Creates T-Scan Reports |
| My Communities Portlet * | View of Internal or External Communities |



- Client User

| Create Order | Opens Client Order Form |
|---|---|
| My Communities ** | Displays Internal External Communities |
| Client Order Portlet | Displays Existing Client Orders based on Search |
| My Cases | Displays All Orders Open or Closed |
| My Records | Displays All Records or Records for Current Order |
| My Billing | Display All Invoices Open or Closed |
| Quick View New Records | Displays Records based on a Filter |

* My Communities Portlet for the T-Scan User consists of Internal Teams and External Clients as Internal and External Communities. Internal Communities are Limited to T-Scan Employees Only, External Communities can be a mixture of T-Scan and Consumer Users.

** My Communities Portlets for Consumers consist of Internal Communities which are limited to members of a Firm and External Groups can be invited or public members of Organizations outside of the firm. An Outside person who is not a registered user can be invited to a Community if the User knows their email address. They are sent an invitation in the form of an email which contains a link to the registration form.

3.3.1 Create Order (T-Scan XLS Figure 9)

Create Order is the Step 1 of the Order Creation Wizard. (T-Scan XLS Figure )

| | | |
|---|---|---|
| SRS-3 | When creating the Order, the client's profile can be created or should already exist in the Portal Database. | |
| SRS-4 | Click on the Create Order Tab | |
| SRS-5 | Create Order Wizard is opened. | |
| SRS-6 | Ordering Party Information is Searched. While entering first few letters of Ordering Party name, matching results are shown in the Results box. At any point user can select one of the matching results (of client name and firm name) If Client does not exist a client is added by clicking new which opens the Add Client UI. | |
| SRS-7 | From user profile billing address is populated for the selected client. This field is editable if the same as billing box remains unchecked | |
| SRS-8 | If the shipping address is marked as same as billing address in user profile checkbox named "SAME AS BILLING ADDRESS" will be checked.. If shipping address is marked as different then check box is not checked and shipping address needs to be entered. | |



T-Scan User Order Wizard

| order wizard begins order info | |
|---|---|
| date field | autopopulates tdy/h/m |
| priority field | normal, internal or billable rush |
| search clients field | search by firm, attorney, paralegal |
| search button | initiatates search |
| new button | opens add user profile |
| edit button | opens user profile in edit mode |
| role dropdown | attorney, paralegal, legal asst |
| address box | populates from user profile |
| same as billing checkbox | populates billing from user profile |
| recipients are billable checkbox | sets attribute for recipient matrix |
| telephone field | populates from user profile |
| alt telephone field | populates from user profile |
| fax number field | populates from user profile |
| alt fax field | populates from user profile |
| email field | populates from user profile |
| billing address | populates from user profile |
| delivery | us mail, hand deliver |
| processing | populates from user profile |
| order notes | displays order notes |
| notes field | enters order notes during creation |
| add button | adds notes to order |
| patient first name field | adds patient name to order |
| patient last name field | adds patient name to order |
| patient social security number field | adds patient ssn to order |
| file name field | adds file name to order |
| claim number field | adds file name to order |
| policy number field | adds policy number to order |
| case name field | adds case name to order |
| date of birth field | adds birth date to order |
| case number field | adds case number to order |
| file number field | adds file number to order |
| insured number field | adds insured number to order |
| client matter text area | adds client matter to text field |
| next button, cancel | moves to process instructions |
| | or cancels order |



## FIGURE 9

Client User Order Form

| opens client order form | |
|---|---|
| attorney | autopopulates from user template\logged in |
| paralegal | autopopulates from user template\logged in |
| firm | autopopulates from user template\logged in |
| address | autopopulates from user template\logged in |
| city,state,zip | autopopulates from user template\logged in |
| phone | autopopulates from user template\logged in |
| alt phone | autopopulates from user template\logged in |
| fax | autopopulates from user template\logged in |
| alt fax | autopopulates from user template\logged in |
| email | autopopulates from user template\logged in |
| billing is different | presents address fields user submits |
| patient name | user input (typed in by user) |
| case name | user input (typed in by user) |
| case number | user input (typed in by user) |
| other | user input (typed in by user) |
| social security number | user input (typed in by user) |
| alias | user input (typed in by user) |
| date of birth | user input (typed in by user) |
| expedited return button | marks order as billable rush |
| standard return | marks order as standard |
| record types window 1 | display all record types |
| record types window 2 | shows record type selected for order |
| add button | adds record type to order |
| remove button | removes record type from order |
| processing window 1 | lists all ways records can be processed |
| processing window 2 | shows processing type selected for order |
| add button | adds processing to order |
| remove button | removes processing from order |
| providers search | searches the provider database for provider |
| search button | initiates search |
| results window | shows results of provider search |
| add button | adds provider to order matrix |
| provider field | added by search or typed in |
| contact field | added by search or typed in |



| phone field | added by search or typed in |
|---|---|
| address field | added by search or typed in |
| city field | added by search or typed in |
| state field | added by search or typed in |
| zipcode field | added by search or typed in |
| add button | adds provider to database unverified |
| remove button | removes selected provider from matrix |
| other councel textfield | adding recipients |
| search button | initiates search |
| results window | dispalys serach results |
| add button | adds councel/recipient to the order |
| submit button | submits the order for verification |
| reset button | resets the entire form |

FIGURE 2

| SRS-9 | Case Information is now entered by entering the following fields:<br>1. Patient First Name<br>2. Patient Last Name<br>3. the name of the case<br>4. patient's date of birth<br>5. patient's social security number<br>6. file name<br>7. file number<br>8. claim number<br>9. policy number<br>10. insured number<br>11. client matter<br>This data should be searchable and securely stored. User then clicks Next Button. | |
|---|---|---|
| SRS-10 | Processing Instructions should be added to the order. Once Processing Instructions are added, they should serve as a guideline for all requests on the order, but are editable by recipient at the request level. | |
| SRS-11 | Processing Instructions are tied up to the client's profile as Processing Instruction Preferences and are displayed accordingly upon selecting a client. The Processing Instructions can be modified by the user. But this should not modify the client's preferences for the Processing Instructions in the Client's Profile. | |



| | | |
|---|---|---|
| SRS-12 | Notes written inside the Notes field should be made available in all the Task UIs of this Order. Which means when a user is creating the request the notes should be visible in the Request UI, likewise for Call Task, Records Received, Records Processed and QC. These should be either separate windows for the different types of notes or filterable by note type i.e. Call, Request, Order | |
| SRS-13 | Order status is a dropdown box, with the following values:<br>1. Active<br>2. Hold<br>3. Close<br>4. Archive<br>5. Reopened | |
| SRS-14 | User should be able to lock an order by clicking the "Lock Order" button. A locked order will lock all the requests on an order. This means that there cannot be any modifications done to the Requests and the Order. When the user with "unlock permissions" can unlock the Order by clicking on the "Unlock Order" button. This should release the lock on all the Requests as well. | |
| SRS-15 | User Clicks next to go to the next step in the wizard | |

| [illegible] | |
|---|---|
| add processing instructions window | [illegible] |
| add button | adds processing from list to order |
| current selected window | displays instructions from group profile |
| remove button | removes instructions from the order |
| processing summary window | displays all instructions currently on order |
| consecutive bates checkbox | alerts processing department to consecutive bates |
| order notes window | displays order notes added in order info step |
| next button | goes to add requests ui |
| back button | goes back to order info |







3.3.2 Adding Recipients to Order/Request (T-Scan XLS Figure)

Adding Recipients is the Step 2 of the Order Creation Wizard.

| | |
|---|---|
| SRS-16 | Next step of the wizard is the user is now able to Add Recipients. |
| SRS-17 | User can select multiple Recipients from the list box. Search and Results Box |
| SRS-18 | Each selected Recipient can be added to a single Request or multiple requests from the list of Requests. Recipients are added at the order level or to requests. Recipients are added to the order, then populate the requests or added to each individual request. |
| SRS-19 | Recipients are billed based on whether the billable checkbox in the recipient matrix is checked. The billable checkbox will be prechecked if the Order is for Washington States<br><br>Recipients will receive all the documents for which request they are part off. |
| SRS-20 | "Bill the Recipient" check box if checked will create an invoice for the recipient |
| SRS-21 | Clicking Add then adds them to the list. Clicking update adds them to the Recipient Matrix Clicking save then saves the matrix throughout the order |
| SRS-22 | If Recipients are added to an Order after the Order is completed, then based on the selections, the recipients should receive the electronic records and if "Bill the Recipient" is checked then the Recipient should receive the invoice immediately. |
| SRS-23 | When Recipients are added, the status of the recipients will be set as undelivered/unbilled. |
| SRS-24 | When the records are delivered and the invoice is triggered from the QC task, Recipient's status will be set as delivered/billed. |
| SRS-25 | Recipients receive records based on the profile of the ordering party, however this is editable via the Recipient Matrix under the process column. This is saved at the order or request level. |
| SRS-26 | User then clicks back or next to go to the add request part of the Wizard. The Ordering Party is always the first recipient and the Order must have a minimum of one request. |



bpa

| ADD RECIPIENTS | |
|---|---|
| search recipients text box | searches user database |
| search button | initiates search |
| new button | opens add user ui |
| edit button | edits an existing user |
| role dropdown | opposing counsel, co counsel |
| billing profile dropdown | [illegible] billing matrix |
| type dropdown | claims rep etc |
| add text box | displays existing users as recipients |
| remove text box | shows existing users as recipients |
| add button | adds existing users as recipients |
| remove button | removes existing users as recipients |
| update button | updates the recipient matrix |
| save button | saves the recipients to the order |
| delivery dropdown | chooses methods records are delivered |
| RECIPIENT MATRIX | SHOWS CURRENT RECIPIENTS |
| back, next buttons | forward to add requests,back |

The Billing Matrix

| BILLING MATRIX | | |
|---|---|---|
| [redacted] | | |
| abc checkbox and amount field | charge | **non ordering party** |
| add checkbox and amount field | misc | |
| afc checkbox and amount field | misc | abc checkbox and amount field |
| basic checkbox and amount field | charge | cleric 2 checkbox and amount field |
| bates checkbox and amount field | misc | clerical checkbox and amount field |
| billpp checkbox and amount field | charge | copies1 checkbox and amount field |
| cbates checkbox and amount field | misc | copies2 checkbox and amount field |
| cleric checkbox and amount field | charge | ftp checkbox and amount field |
| cleric 2 checkbox and amount field | misc | tabs checkbox and amount field |
| clerical checkbox and amount field | misc | xray checkbox and amount field |
| copies checkbox and amount field | misc | |
| copies1 checkbox and amount field | misc | [redacted] |
| copies2 checkbox and amount field | misc | abc checkbox and amount field |
| dxray checkbox and amount field | misc | usps checkbox and amount field |
| email checkbox and amount field | misc | electronic checkbox and amount field |
| fiche checkbox and amount field | misc | fedex checkbox and amount field |
| films checkbox and amount field | misc | dhl checkbox and amount field |

| flist checkbox and amount field | misc | hand delivery check box and amount field |
|---|---|---|
| ftp checkbox and amount field | misc | misc charges checkbox and amount field |
| label checkbox and amount field | misc | |
| laser checkbox and amount field | misc | |
| mabc checkbox and amount field | misc | |
| mail checkbox and amount field | charge | |
| mbasic checkbox and amount field | misc | |
| mbench checkbox and amount field | misc | |
| mcdstor checkbox and amount field | misc | |
| mcleri checkbox and amount field | misc | |
| media checkbox and amount field | charge | |
| miles checkbox and amount field | charge | |
| misc checkbox and amount field | misc | |
| mmail checkbox and amount field | misc | |
| mmisc checkbox and amount field | misc | |
| mocr checkbox and amount field | misc | |
| mpark checkbox and amount field | misc | |
| mprepa checkbox and amount field | misc | |
| mprov checkbox and amount field | misc | |
| mrush checkbox and amount field | misc | |
| mstat checkbox and amount field | misc | |
| msub checkbox and amount field | misc | |
| mtabs checkbox and amount field | misc | |
| mxray checkbox and amount field | misc | |
| mxstor checkbox and amount field | misc | |
| ocr checkbox and amount field | charge | |
| pages checkbox and amount field | misc | |
| park checkbox and amount field | charge | |
| path checkbox and amount field | misc | |
| phone checkbox and amount field | misc | |
| prepay checkbox and amount field | charge | |
| prov checkbox and amount field | charge | |
| rush checkbox and amount field | charge | |
| sales tax checkbox and amount field | misc | |
| scan checkbox and amount field | misc | |
| stat checkbox and amount field | charge | |
| stip checkbox and amount field | misc | |



| | |
|---|---|
| sub checkbox and amount field | charge |
| supd checkbox and amount field | misc |
| tabs checkbox and amount field | charge |
| tif checkbox and amount field | misc |
| xray checkbox and amount field | charge |
| credit hold checkbox and amount field | misc |

FIGURE 13

Current Recipients Matrix

| RECIPIENT MATRIX | |
|---|---|
| first name field | populated from user info |
| last name field | populated from user info |
| firm name field | populated from user info |
| phone number field | populated from user info |
| specialist field | populated from user info |
| role field | populated from user info |
| process field w/modify button | populated from user info |
| billing field w/modify button | populated from billing matrix |
| billable field with checkbox | creates invoicing for recipients |

FIGURE 14

### 3.3.3 Request Creation (T-Scan XLS Figure)

Request Creation is the Step 3 of the Order Creation Wizard.
Question: How does the UI support adding multiple Requests for an order. Each Provider added with Record Types is considered an Individual Request.

| [illegible] | [illegible] |
|---|---|
| SRS-27 | Once the order is created the user should be able to add more Requests to the Order. |
| SRS-28 | User clicks Next, which opens the Add Request UI. Depending on whether the Request is Standard or Subpoena a Standard or Subpoena UI will be opened for the add request. |
| SRS-29 | User should be able to modify the Recipients, that were added earlier to the Order The Recipient Matrix should be visible under every request with the process and bill modify option available<br>Recipients are removed from the Order or Request Via the Remove Checkbox |



| [illegible] | [illegible] |
|---|---|
| SRS-30 | The Order Notes should be displayed. Order Notes, Request Notes; or this will distinguish between the notes based on what UI the user is on. If he is on the Call UI and a note is entered it can be filtered as a call note, or display all three windows Order, Request, Call |
| SRS-31 | User should be able to enter the Request Notes in the Request Notes Field. Request notes apply to the request being viewed or created. |
| SRS-32 | User will enter the following data:<br><br>Standard Request (see table below) |
| SRS-33 | If the Request Type is Standard, refer to 2.3.1 Standard Request, if the Request Type is Subpoena, refer to 2.3.2 Subpoena Request. |

Standard Request

| ADD REQUEST | |
|---|---|
| search providers field | searches provider database |
| request type dropdown | request types box |
| priority dropdown | [illegible] |
| delivery method dropdown | how records are delivered |
| expiration date field | when request expires |
| search results box | results provider search |
| add button | adds provider to add box |
| new button | opens add provider ui |
| remove button | removes a provider |
| added box | shows providers added |
| provider summary box | shows provider info |
| request list box | shows current requests in order |
| records requested box | lists record types |
| add records button | adds records types to list |
| remove records button | removes records from list |
| create records button | creates a new record type |
| join provider to records button | joins provider to record types |
| provider plus records list box | shows provider plus record type |
| authorizations box | tbd |
| current recipients matrix | shows current recipients in order |
| provider matrix | shows providers added to order |
| generate packet button | generates packet for checked matrix |
| back, cancel, save buttons | save generates the order |



Subpoena Request UI

| SUBPOENA UI | |
|---|---|
| search providers field | search provider database |
| request type dropdown | chooses type and launches ui |
| priority dropdown | |
| delivery method dropdown | |
| expiration date field | date request expires |
| search results window | shows search results of providers |
| add button | adds a provider to add window |
| new button | opens provider ui in edit mode |
| remove button | removes a provider from the add box |
| add window | shows added providers |
| provider summary window | shows provider info |
| records requested window | shows record types |
| add button | adds a record type to the add window |
| remove button | removes a record type from the window |
| create button | creates a new record type |
| join button | joins a record type(s) to a provider |
| records added window | shows all records added |
| provider + record type window | shows provider + records |
| authorizations box | check for authorizations |
| current recipients matrix | shows recipient matrix |
| caption window with fields | shows case caption editable |
| county field | shows county editable |
| | |
| manner of service dropdown | certified mail or hand delivery |
| service location window | providers address |
| deposition location window | location for deposition |
| client attorney bar number | alphanumeric field |





| PLAINTIFF NAME | PLAINTIFF/CLAIMANT | DEFENDANT NAME | DEFENDANT/RESPONDENT | CASE NUMBER |
|---|---|---|---|---|

### *3.3.4 Standard Request (T-Scan XLS Figure)*

| | |
|---|---|
| SRS-1 | User will click on "Create Packet" checkboxes for each provider. This should complete the Request process and create a PDF packet. |
| SRS-2 | More info about the Packet creation....needs to be added here (Please Provide me the questions?) |
| SRS-3 | Once the PDF packet gets created a Call task should get generated for this request and is added to the incomplete tasks queue. For more information on the Call Tasks refer to 2.4 Call History. |
| SRS-4 | |

### *3.3.5 Subpoena Request (T-Scan XLS Figure)*

| | |
|---|---|
| SRS-5 | User will check boxes next to providers to create packet only checked boxes will generate a packet. Once the button is then pressed, the packets will generate and the packet status field in the provider matrix will now change to complete |
| SRS-6 | Packets are generated from T-Scan templates as either editable Tiffs or PDFs. Packets are generated based on whether the request is a Standard or Subpoena Request |
| SRS-7 | Once the PDF packet gets created a Call task should get generated for this request and is added to the incomplete tasks queue. For more information on the Call Tasks refer to 2.4 Call History. |



3.2.5a Contents of Packets By Type, State and Recipients

| WA SUBPOENA |
|---|
| |
| **DOCUMENT FOR OUR CLIENT FOR SIGNATURE** |
| |
| CR45 Subpoena(Deposition/Records Only) |

| NOTICE PACKET -PROVIDER |
|---|
| |
| Notice Letter(Medical/NON-Medical) |
| Copy Signed CR 45 Subpoena Doc |

| NOTICE PACKET-PA/OC/CC |
|---|
| |
| Notice letter-PA/OC/CC |
| Copy of each Provider Notice Letter |
| Copy of each signed CR 45 |

| SERVICE PACKET-PROVIDER |
|---|
| |
| Service Letter for Provider(Deposition/Records Only) |
| Copy of signed CR45 |
| Film list |
| Certification Page |
| Resale Certificate |
| Certificate of Satisfactory Assurance |

| | MANNER OF SERVICE |
|---|---|
| **SERVICE PACKET FOR PA/OC/CC** | **HAND DELIVERY** |
| | |
| Service Letter for PA/OC/CC | Affidavit of Service |
| Copy of Service Letter to Provider | T-Scan Internal Runner Request Form |
| OC Order Form | |
| Copy of signed CR 45 | |



| | |
|---|---|
| Film List | |
| Certification Page | |
| Resale Certificate | |
| Certificate of Satisfactory Assurance | |

| **OR SUBPOENA** | |
|---|---|
| | |
| **DOCUMENT FOR OUR CLIENT FOR SIGNATURE** | **NOTICE PACKET - PA** |
| | |
| ORCP 55 Subpoena Draft | Notice Letter |
| Certificate of Service | Subpoena Draft |
| Copy of PA Notice Letter | |
| | |
| | |
| | |
| | |

| **SERVICE PACKET - PROVIDER** | **SERVICE PACKET - PA** |
|---|---|
| | |
| Service Letter | Service Letter to PA |
| Signed ORCP 55 Subpoena | Copy of Provider Service Letter |
| Signed Certificate of Service | Signed ORCP 55 Subpoena |
| Film List (if applicable) | Signed Certificate of Service |
| T-Scan Certification page | Film List (if applicable) |
| Affidavit of Service | T-Scan Certification page |
| | Affidavit of Service |

| **REGULAR PACKET** |
|---|
| |
| Fax Cover |
| Cover Letter |
| Film List |
| Certification |
| Resale Certification |



REQUEST SUMMARY-Order # - Patient Name – Request Type – Ordering Party-Ordering Party Phone #

[PRIORITY] [REQUEST TYPE] [DELIVERY METHOD] [EXPIRATION DATE]

| PROVIDER | CONTACT | PHONE | FAX | PACKET | STATUS |
|---|---|---|---|---|---|
| Harborview | Joe Rabbit | 212-555-8777 | 212-555-9999 | ☑ | Completed |
| | | | | ☑ | |
| | | | | ☑ | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[Generate Packets]

| FIRST NAME | LAST NAME | FIRM | PHONE | SPECIALIST | ROLE | PROCESS | BILL | BILLABLE |
|---|---|---|---|---|---|---|---|---|
| ROBERT | RABBIT | RABBIT LAW | 212-555-1212 | 212-553-9999 | Opposing Counsel | HOLLENBECK [MODIFY] | HOLLENBECK [MODIFY] | ☑ |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

[BACK] [NEXT]

### 3.3.5.1 Request Summary View

| | |
|---|---|
| SRS-34 | Once all the request fields are entered next button is clicked and request summary view is displayed. Request summary displays all the entered values in request form. Summary displays information related to 1 request (request which is the scope) |
| SRS-35 | When Generate Provider Packet is checked that provider will be ready to have a packet generated. This will be based on the request type. Once all the checkboxes are clicked, the packets will generate and the status of the packet will be switched to completed. Packets can be generated individually. |
| SRS-36 | When save button is clicked a transaction is started on the server. Transaction saves the request in scope data and generates the required package information from the template and stores in Alfresco.<br><br>Data will be saved in tables for every step and have a field which is used to show us a summary of where are we (how complete is the order). |
| SRS-37 | Call tasks are generated based on the call tasks matrix for each request saved. This is also a part of the transaction mentioned in "SRS-51". |



3.3.5.2 Order Summary View

| | |
|---|---|
| SRS-38 | After all the requests (there can be multiple requests) are reviewed in request summary view and added next step is to show order summary view. |
| SRS-39 | All the details entered on tabs "Order", "Processing", "Recipients" and "Requests" are shown in the right side view. |
| SRS-40 | On the left side, there will be a text field with Auto-complete (AJAX-style) feature where search results are populated when user is entering in the search box. The results displayed are the call tasks that are auto-generated when user saves request. |

| ORDER SUMMARY | | |
|---|---|---|
| patient first name | first name populates from order | read only |
| patient middle name | middle name populates from order | read only |
| patient last name | last name populates from order | read only |
| patient ssn | ssn populates from order | read only |
| date of birth | dob populates from order | read only |
| dol | dol populates from order | read only |
| case name | case name populates from order | read only |
| claim number | claim number populates from invoice | read only |
| insured name | insured name populates from invoice | read only |
| case number | case number populates from invoice | read only |
| file number | file number populates from invoice | read only |
| client matter | client matter populates from invoice | read only |
| order notes fields | populates or added here | editable |
| request notes fields | populates or added here | editable |
| call notes field | populates or added here | editable |
| task list | links to tasks | read only |
| filter by dropdown | calls, complete, incomplete | read only |
| processing instructions window | processing from order or profile | read only |
| requests window | links to requests | read only |
| filter by dropdown | complete, incomplete | read only |
| add request button | opens add request form from | na |



| | | |
|---|---|---|
| | wizard | |
| attorney field | attorney name | read only |
| phone | attorney phone | read only |
| fax | attorney fax | read only |
| email | attorney email | read only |
| company/firm | attorney firm | read only |
| address1 | attorney address | read only |
| address2 | attorney address | read only |
| city | attorney city | read only |
| state | attorney state | read only |
| attorney zipcode | attorney zipcode | read only |
| paralegal | attorney paralegal | read only |
| provider matrix | from order\request\subpoena | editable |
| recipient matrix | from order\request\subpoena | editable |

**THIS COMPLETES THE ORDER CREATION PROCESS. THE ORDER IS NOW SEARCHABLE AND ADDITIONAL TASKS CAN BE COMPLETED BY THE ORDER PORTLET.**

### 3.3.6 Call History

| | |
|---|---|
| | Call task is auto-generated when the Request gets created. |
| | Depending on the Request's Priority, the scheduled date is set for the call task. |
| | If the Priority is "Normal" then the scheduled date will be 2 days from the date the call task is created. |
| | The call task will be created with the status as "Incomplete" and "unclaimed" |
| | If status is "Incomplete", the call task will be displayed to the specialists in their call task queue. This is by team and then by the person who claimed the task this should be filtered by Client - Team - Individual. Unclaimed tasks can be viewed by the whole team. |
| | The T-Scan User will open the call task by clicking on a specific call task's link and the Call task UI will be opened. From the Task UI or Call Tab in the Order Portlet |
| | The T-Scan User will then claim the call task and the status of the call task will now be "Claimed" and will be assigned to the T-Scan User who opened it. |
| | The T-Scan User will see all the "Incomplete" call tasks and the call tasks that are assigned to them in their call task queue. Subsequently they should be able to see all tasks related to an order and filter them as necessary. |



| | |
|---|---|
| | If a T-Scan User misses the scheduled date of the call task and they do not call on that particular scheduled day, the call task should still remain in the specialists call task queue. |
| | If a T-Scan User makes a 1st call on the scheduled date by opening the call UI and click on "OK" button, this calls, status is "Complete" and the 2nd call is auto-generated with the scheduled date of 7 days from the date the 1st call was made. |
| | The auto-generation of the calls should stop<br>When the records are received completely and the request is completed.<br>When the Order is cancelled.<br>When the request is cancelled.<br>When No Records Exist |



| CALL TASKS | |
|---|---|
| requests window | shows requests with order |
| patient information window | shows patient information |
| time expended field | populates when task is completed |
| call type dropdown | inbound, outbound |
| record status window | from records received |
| edit button | edits active request |
| call tasks window | lists all call tasks |
| filter by dropdown | claimed |
| select button | selects call task to be performed |
| additional requests window | shows other request at provider |
| additional requests info window | shows active request info |
| claimed radio button | claims call task |
| unclaimed radio button | unclaimed call task |
| | |
| requires prepay checkbox | creates incomplete prepay task |



| | |
|---|---|
| hold task check box | holds the current task |
| number of days check box | allows hold for one interval |
| call notes window | call notes |
| update button | updates the call notes |
| order notes window | shows order notes |
| request notes window | shows request notes |
| save button | saves the call task |





CALL TASK - FIG 37

CURRENT DATE & TIME ORDER # - CLIENT NAME - PATIENT NAME - PROVIDER PHONE NUMBER

TIME EXPENDED

CALL TYPE

OUTBOUND

REQUESTS

PATIENT INFORMATION

RECORD STATUS

CALL TASKS

ADDITIONAL REQUESTS WITH THIS PROVIDER

CALL RESULTS

LIVE ANSWER

NO RECORDS

VOICE MAIL

REQUIRE PREPAY

HOLD TASK

DAYS

CALL INFO

ADDITIONAL REQUEST INFO

FILTER BY

UNCLAIMED

UNCLAIMED

CLAIMED

ORDER NOTES

REQUEST NOTES

| [illegible] | [illegible] |
|---|---|
| SRS-1 | Records received task UI is opened to enter the details about the records that are received from the Providers as per the request. |
| SRS-2 | The user will track the condition of the records received by verifying the condition of the records and completeness of the records. This is done by filling in the fields. Refer to the Records Received Matrix below. |
| SRS-3 | The user clicks on the "Done" button. This should trigger a "Create Job Order" popup (AJAX Style). |



| | |
|---|---|
| SRS-4 | In the "Create Job Order" popup UI, the user clicks "OK" the Job Id is generated and a Tscan Cover Page which is a PDF document gets created. |

RECORDS RECEIVED TAB

| | |
|---|---|
| search orders field | search orders by client\patient\order # |
| results box | shows results of search |
| order summary window | shows a summary of the order |
| requests window | shows requests as links |
| task history | shows all tasks |
| date field | shows current date and time |
| order notes window | shows all order notes |
| request notes window | shows all request notes |
| call notes window | shows all call notes |
| receiving notes window | shows receiving notes |
| receiving notes sub window | allows adding of receiving notes |
| edit button | edit button edits receiving notes |
| add button | adds receiving notes |
| record matrix | shows record received matrix |
| do not print pages checkbox | does not print job ticket if checked |
| update button | updates the current ui |
| save button | saves the records received task. |

FIGURE 30



bpa

RECORDS RECEIVED - FIGURE 30

ORDER# - PATIENT-PROVIDER-CLIENT-RECORD TYPE
DATE
Search Orders
Results
Order Summary
Requests
Task History
ORDER NOTES
REQUEST NOTES
CALL NOTES
RECEIVING NOTES
RECORD TYPE
FULL
PARTIAL
NO RECORD
CERT
REMOVE RECORD
MEDICAL
BILLING
AUTHORIZATIONS
DO NOT PRINT PAGES

## Records Received Matrix

| | | |
|---|---|---|
| Method Received | Drop Down | Delivery/Pickup |
| Clerical Fee | Drop Down | If Charge Bill Matrix Charge |
| If Not Charged | Text | Reason Notes |
| Notes | Text Not Box | Comments |
| Record Condition Medical* | Drop Down | See Below |
| Additional Records* | Drop Down | No/Yes |
| Date Completed | Date Field | MM/DD/YY |
| Certificate Received* | Check Box | Certification Received |



Record Condition Field Triggers the call queue as detailed below

| Field | |
|---|---|
| None | |
| Full w/o Cert | |
| Partial | |
| No Records | |
| Remove from Request | |
| Full * | |

* Full/W Cert is removed as discussed with Andre

Records Processed

| | |
|---|---|
| | The user clicks on the Records Processed Task to view the Records Processed UI for the Records Received and the Request. |
| | |
| | All the data is entered in the respective fields. |
| | The user clicks on "Done" button. The Processed task is completed and the QC task is triggered and is the status is set as "Incomplete" Records processed is now at the QC task Please review this under the new UI and instructions |

| RECORDS PROCESSED | |
|---|---|
| request list window | lists requests based on active order |
| edit button | opens the highlighted request in edit |
| order information window | lists all information about order |
| order notes window | lists order notes |
| processing summary | lists processing instructions |
| processing notes | allows for adding of processing notes |
| processing instructions checkbox(s) | checkmark indicates processing complete |
| save button | saves process |
| cancel button | cancels processing |

FIGURE 34

Records Processed -Figure 34

ORDER # - CLIENT - PATIENT NAME - CLIENT PHONE #

REQUEST LIST

ORDER INFORMATION

ORDER NOTES

PROCESS SUMMARY

PROCESSING NOTES

REQUEST NOTES

PROCESSING INSTRUCTIONS (CHECKMARK INDICATES COMPLETED)

BATES

TWO HOLE PUNCH

TAB

### 3.3.7 QC

| [illegible] | [illegible] |
|---|---|
| | The user finds the incomplete QC task in the QC Task Queue. QC Task will now be generated after all boxes are checked in the records processed UI to indicate the record has been processed |
| | The user clicks on the task to open the QC task UI for that particular Order and Request. |
| | The user will enter the following data based on the matrix given below: Refer to the QC UI Matrix |
| | |
| | |
| | If the QC task passes the Request, the record and invoices are delivered to the client as a PDF and stored in the application database and distributed to MAS90 via a SQL Transaction. The Ordering Party and Non-Ordering Party's status for that record becomes "Delivered" |
| | If the request is the last request that completes the Order, then the Order is closed. |
| | If the Order is closed, the Order is now added to the Completed Order History. The status of the Order is now closed. |



| QUALITY CONTROL | |
|---|---|
| order summary window | order information |
| record type | record(s) types |
| processing instructions | processing summary |
| request summary | summary of request |
| records processed matrix | record settings |
| mileage charges links window | opens mileage detail |
| additional process notes | notes field |
| x-ray # of films numeric box | numeric box |
| x-ray # of cd's numeric box | numeric box |
| provider fee radio button | activates bill pay |
| prepay radio button | prepay info |
| wac radio button | selects wac chart |
| none radio button | selects none |
| cert only checkbox | cert only |
| film list check box | film list |
| cnr number of films | numeric field |
| bill pay invoice number field | numeric inpurt |
| bill pay amount field | currency field |
| qc recipients matrix | recipient info |
| hold check box | holds order |
| sent back checkbox | creates process task |
| sent back reason field | creates task reason |
| order notes window | order notes |
| request notes window | request notes |
| call notes window | call notes |
| qc notes window editable | for adding qc notes |
| provider matrix | shows providers |
| done button | completes request |



QC Recipient Matrix

| QC RECIPIENTS MATRIX | |
|---|---|
| name field | last, first |
| firm or company field | firm field |
| role | cc, oc |
| distribution dropdown | us mail, hand ups, fedex |
| invoice field | billable? |
| number of copies field | numeric |

FIGURE 35



# The QC UI Matrix

QUALITY CONTROL-FIG 36

ORDER #-CLIENT-PATIENT-PROVIDER-PROVIDER PHONE -RECORD TYPE

ORDER SUMMARY

RECORD TYPE

BILLING RECORD

PROCESSING INSTRUCTIONS

REQUEST SUMMARY

RECORDS PROCESSED

| PAGES | | BATES | |
|---|---|---|---|
| COLOR | | SCANS | |
| TABS | | FAX | |
| MICROFICHE | | OTHER | |

DESCRIPTION OF ADDITIONAL PROCESS CHARGES

X-RAY RECORDS

| NUMBER OF FILMS | |
|---|---|
| NUMBER OF CD'S | |

- (•) PROVIDER FEE (BILL PAY)
- ( ) PRE-PAY
- ( ) WAC
- ( ) NONE

- [x] CERT ONLY
- [x] FILM LIST
- [ ] CNR OF FILMS

BILL PAY INVOICE #

BILL PAY AMOUNT

$

MILEAGE CHARGES

| MILEAGE | |
|---|---|
| PARKING | |
| TOLLS | |
| FERRY | |
| | |
| | |
| | |
| | |

TRAVEL NOTES

PREPAY'S

ORDER NOTES

REQUEST NOTES

CALL NOTES

QC NOTES

RECIPIENTS FIGURE - 35

| ROLE | NAME | FIRM OR COMPANY | DISTRIBUTION | INVOICE | # OF COPIES |
|---|---|---|---|---|---|
| OPPOSING | JOE RABBIT | RABBIT LAW | | | |
| CO COUNSEL | JESSICA RABBIT | RABBIT LAW | | | |

SENT BACK REASON

[ ] HOLD [ ] SENT BACK



## Actions in QC UI

| | | |
|---|---|---|
| Hold | Button | Stops QC Task |
| Sent Back | Button | Creates Sent Back Process Task* |
| Done | Button | Record/Invoice Delivered |
| Search By | Text Label | Describes Search Feature |
| Filter By | Text Field or Drop Down | Selects Search Criteria |
| Preview Invoice | Button | Preview Invoice or Billing Info |

Billing

| | |
|---|---|
| | There are 2 kinds of Invoices we need to generate in billing module (Billing module functions as a background process to the QC module).<br>Invoice for the ordering party<br>Invoice for the non ordering party.<br>Invoices for Ordering Party: All the costs that are incurred while collecting required documents + the charges from the billing matrix for ordering party are added a invoice is generated.<br><br>Invoices are generated with "GENERATE INVOICE" button is clicked. |
| | For Invoice for a non Ordering Party (recipients) Invoice is generated based on the billing matrix (for recipients) only. |

Reports

| | |
|---|---|
| | Report Name: Request By Date<br>Input Fields:<br>Start Date,<br>End Date<br>Once Submitted the following report will be generated.<br>Generated Report Fields:<br>Order Code: Order code created when an order is created in the database. This will also be a hyperlink. Click order code hyperlink will open UI describing the order contents.<br>Date: Date on which request was added.<br>Provider: For each request there will be a provider so the provider name displayed here. |
| | Report Name: Recently Updated Request<br>Input Fields:<br>Date : Date from request has been modified.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br>Order Code: Order code is hyperlink, when clicked will show details of order.<br>Date: Date when the modification has happened.<br>provider: provider name.<br>Record Type: will indicate is this is a Regular request or Subpoena request. |



| | |
|---|---|
| | Report Name: Request by Order Code<br>Input Fields:<br>Order Code: Lets confirm, this also involves wildcard (*)?<br><br>Report is generated when Submit button is clicked.<br><br>Generated Reports Fields:<br>Order Code : hyperlinked to open UI for details of Order.<br>Date: Date when the order is created.<br>provider: Names of the providers (I think we need to put request name or/and number here as providers are more tightly linked to request).<br>Record Type: type of the records requested. (these will be multiple for a request so makes more sense to include request information also in this report?) |
| | Report Name: Tasks By Users and Client.<br>Inputs Fields:<br>Owner List Box : All the tscan users who are handling some part of the business process will be visible here. Question: This would be multi selection enabled by CTRL click or other means Task Type List Box: All the Tasks that are defined in Business Process. This would be multi selection enabled by CTRL click or other means Client List Box: the entire client for Tscan. This would be multi selection enabled by CTRL click or other means<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>No. Serial number<br>Date: date when the task was created (? confirm)<br>Task Type: Defines the types of the task, hyperlinked to open UI describing the task type.<br>Status: Current Status of the task.<br>Client: Name of the client.<br>Patient: Name of the patient.<br>provider: Names of the provider There will be a one to one mapping between provider and task There will not be one to one mapping between request and task?)<br>Owner: Owner of the task in Tscan. |

| | |
|---|---|
| | Report Name: Outstanding Requests<br>Input Fields:<br>No Inputs<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Weeks: How many weeks this request has been outstanding.<br>Requests: Number of requests. This needs to be on a per request basis<br>Percentage: Is there a Matrix which defines how to calculate percentage? No Since this is a comparison by month I would assume that the average of the months would be 100%, and then the percentage of that average would denote the amount of gain or loss in regards to the requests. |



| | |
|---|---|
| | Report Name: Request Turnaround<br>Input Fields:<br>List box: Client Users.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Weeks: How many weeks did the request take to turnaround.<br>Requests: Number of requests whose records are received By Provider<br>Percentage: Is there a Matrix which defines how to calculate percentage? |
| | Report Name: Request By State<br>Input Fields:<br>No Input Fields<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>State Of Provider: State where the provider is.<br>No Of Requests: Number of requests associated for a particular state. |
| | Report Name: Task Completion report.<br>Input Fields:<br>Owner: Owner of the Task (this will be an internal TScan employee)<br>Task Type: Type of the Task.<br>Start Date: start date on which the task needs to fall after<br>End date: End date of the task<br><br>Combination of start date and end date is the date range in which the task falls.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Date: Date of the Task<br>Number of tasks completed by the selected user. (or owner) |
| | Report Name: Records received Report<br>Input Fields:<br>Days Back.: The number of days back from now we need to start the start date. In terms of date range is the number of days back as start date and today's date as the end date.<br><br>Combination of start date and end date is the date range in which the task falls.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Date : From system date number of days entered. (I think it should be called as Days not date, Date is how it is mentioned in the excel document, please correct.)<br>No. Of Requests: Hyperlinked and opens up UI with records received for Task, opens the desriptive report with ordercode/patient/provider/record type. |



| | |
|---|---|
| | Report Name: processed pages report<br>Input Fields:<br>Start date<br>End date<br><br>Date range from start date and end date.<br>Combination of start date and end date is the date range in which the task falls.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Copies<br>Total pages processed. |
| | Report Name: provider packets by month<br>Input Fields:<br>Month : Month which we are checking for.<br>Year: Year which we are checking for .<br><br>Date range from start date and end date.<br>Combination of start date and end date is the date range in which the task falls.<br><br>Report is generated when Submit button is clicked.<br><br>Generated Report Fields:<br><br>Client: Client for which we are processing.<br>Specialist: Specialist who is dealing this<br>Previous Month: Number of packets sent in previous month.<br>Selected Month: Number of packets sent in selected month.<br>Difference: difference between the numbers of packets sent.<br>Difference percentage: What was the percentage in difference compared to the previous month? |

Commonalities - T-Scan User Sidebar should be accessible from all tabbed Views
Client Sidebar should be accessible from all Client Tabbed Views
The Tutorial Button will provide a Tutorial of the site which will be compiled by T-Scan. Provision for the button in the sidebar with a popup tutorial should also be available.

| REPORTS | |
|---|---|
| by date range | creates a report by date range |
| from field | enter starting date of range |
| to field | enter ending date of range |
| date checkbox | activates current criteria |
| by client order checkbox | activates current criteria |
| search field | search client database |
| search results box | displays and allows selection |
| quick reports checkbox | activates current criteria |



FIGURE 20

| QUICK REPORT TYPES | |
|---|---|
| kpi | kpi report |
| requests | requests by date range\order\client |
| tasks by user | tasks by user |
| outstanding requests | outstanding requests |
| task completion report | completed tasks |
| records received | records received |
| processed pages | records processed |
| provider packets | packets sent |
| billable tasks | billable tasks |

FIGURE 21





## 3.4  Corporate Overview Module

The module provides general website corporate overview information about T-Scan as a static content. This module provides a generic view for the Tscanonline website. The module implements and supports static web content for

- About Us
- Services
- Our Team
- Mission
- FAQ
- Contact Us
- Law Firms Liabilities
- Insurance Carriers
- Class Action and Product Liability
- Production Services
- Records Processing
- Our Processing
- Careers

## 3.5  Services Module

The services module provides general website services information and will also allow the users to access the services such as Record Retrieval, Court Reporting, Referral Network etc., The users who are attorneys/paralegals will be allowed to create orders and submit these order requests to the T-Scan employees.

## 3.6  News/Events Module

This module provides information about news and events, the content for this module will be dynamic and will be published using a content authoring tool.

- Dynamic Content for News/Events: Building a Web Content Management only for one specific content page will not be an ideal solution. So BPA recommends using a simple Web-Authoring tool to publish this page.

## 3.7  Management Module

This module provides T-Scan's management's information in a hierarchical format.

## 3.8  Contact Us Module

The Contact Us module will have a form and the users will be able to fill this information and submit to T-Scan.

For Sections 3.3 to 3.7 the required content and links will be provided by Tscan.



# 4.0 Provision for Future Roadmap

T-Scan has a future roadmap for applications which will be built into the website. The design of the web application is made to fit in the future components that T-Scan intends to build. The modules are mentioned below:

## 4.1 Court Reporting Services

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Upload document to the Court Reporter space
2. Calendar function
3. Book a Court Reporter
4. Send Request to Tscan
5. Tscan Schedules a Court Reporter
6. Rating

## 4.2 Referral Network

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. Upload document to the user space
2. Calendar function
3. Book an Expertise
4. Send Request to Tscan
5. Tscan Schedules the Expertise
6. Rating

## 4.3 News/Events

The scope of this engagement is the design of TSCANONLINE.COM.
At a high level, the website involves the following:

1. User will have a Web Authoring Tool which will allow the user to publish the content as News/Events.



# 5.0 Timelines/Schedule

The schedule for the project is based on a 15-work week delivery timetable starting from 22nd December 2008, as indicated in the table below.

## 5.1 Activities and Deliverables

### T-Scan Project Plan

| End of Week2(5th January 2009) | |
|---|---|
| Creating the UI in Liferay | |
| Power user - Create Order | Admin will be able to create an order through the Add Provider admin functiona and provider is created Database. |
| Power user - Add Requests | A proof of concept where a link in Liferay portal which is tied to a document in Alfresco, is retrieved successfully thereby validating the full integration between Liferay and Alfresco. |
| Power user - Add Recipients | Admin will be able to modify/edit/update user information. |
| Power user - Request Summary | Search user functionality in the Admin Add Billing page will be available. |
| **End of Week4-20th Jan 2009** | |
| Database Design | Database schema is delivered |
| Power user - Order Summary | Admin can user the Create Report menu to generate reports which in turn searches the tscan database and provides results |
| Power user - Records Received | Power user can now be able to create an order through the create order menu, bugs if any will be disclosed. |
| Power user - Search Orders | T-Scan portals UI framework with the menu getting displayed for a user based on the group that the user belongs to. |
| **End of Week6-3rd Feb 2009** | |
| Power user - Records Processed | Power users would be able to search orders and filter the results, functionality in the power user home page will be available. |
| Alfresco content storage | Alfresco schema delivered, customer is shown examples |
| Alfresco webscripts | Admin will be able upload a template and Admin will be able to store values for separate database table. |
| Creating the UI in Liferay | User will be able to login in to the application. A sample user who is created in the database will be able to login through the liferay portal. |



| | |
|---|---|
| Power user - QC | Power user would now be able to record the Records Received information for an order. |
| **End of Week8-17th Feb 2009** | |
| Login portlet | |
| Creating the UI in Liferay | Admin will be able to add the Billing information for a user and the information database. |
| Admin - Reports | Search user/group functionality in the Admin Add Group page will be available. |
| UI Tab Menu Functionality | Search provider functionality in the Admin Add Provider page will be available. |
| Alfresco webscripts | Admin will be able to modify/edit/update user information. |
| Alfresco content retrieval | Admin will be able to modify/edit/update provider information. |
| AccordX integration | |
| | |
| Alfresco content storage | Admin will be able to create an user through the Add User admin functionality and the user will be created in the Database. |
| Creating the UI in Liferay | Admin will be able to add the user to a group and set content level and portlet l and the information will be stored in the database. |
| Client View - My Billing | When power user is creating an order, the required pdfs are generated on the specified intervals and gets stored in Alfresco known bugs if any |
| **End of Week12-18th March 2009** | |
| PDF Generation Templates | Search template functionality in the Admin Edit Template page will be available |
| Order creation - PDF creation | Power user would now be able to record the Records Processed information for a |
| Power User - Invoices | Power user would now be able to record the QC information for an order. |
| **End of Week15-10th April 2009** | |
| TScan - Home Page | Power user Home page "My Stats" functionality will be available. |
| TScan - Home Page | Power user Home page Current task functionality with filter will be available. |
| | Client user will be able to create an order, and the order information will be posted to a Tscan specified email address |
| | Background scripts to generate call taks for a Request. |
| | Power user Records functionality |
| | The Client will be able to view the groups they belong to. |
| | Power user can now generate invoices for an order. |



Client user will now be able to look at their billing list.

TScan - Home page with the necessary portlets organized, also with the OOB liferay portlets and users once login will be taken to their home page with menus displayed based on permissions.

Tscan static html pages ported in to Liferay.



# 6.0 Assumptions

## 6.1 Technical Assumption

6. The software development platform is Alfresco Enterprise Release 2.9
7. External system integrations are not considered as part of the scope.
8. T-Scan will build the Production environment according to the specifications of BPA. BPA will provide direct support, as needed, to accomplish the production setup.

## 6.2 Resource Assumption

1. BPA will assign a Key project contact that will be responsible for the project monitoring and reporting.
2. T-Scan professionals will be available to participate in the project as required for consultation, analysis, project meetings, clarifications, review and feedback.
3. T-Scan will provide workspace for the BPA staff working on site in T-Scan premises.
4. T-Scan will provide remote access to BPA from within T-Scan network to their development / testing & Production environment.
5. T-Scan will provide necessary resources and assistance in environment setup issues, such as database dump, code base, source control system, etc. and to keep the required systems running for the project activities.

## 6.3 General Assumptions

9. The project will be executed on a continuous basis once started without any break in between. This includes go live activities.
10. T-Scan will be responsible for managing the involvement of any third party vendors / other T-Scan project teams, adhering to the project plan and time line.
11. T-Scan will provide requested information namely documents, data and any other relevant information required for successful project completion, based on the timelines defined in the detailed project plan developed during the planning phase of the project.
12. T-Scan will authorize, provide and facilitate access to necessary application, software, system, license and documentation. When needed T-Scan will conduct or facilitate knowledge transfer sessions to BPA team
13. T-Scan will provide for adequate hardware, software, software licenses and tools (infrastructure) to meet development, testing and deployment needs for this engagement.
14. T-Scan will provide feedback to BPA on deliverable documents in a timely fashion, not longer than three business days after receipts of the deliverable. If there is a delay the deliverables will be considered as accepted.
15. T-Scan will complete all assigned tasks according to the timelines defined in the detailed project plan.
16. T-Scan will perform the UAT itself with help from BPA in system level preparation for UAT and pre defined acceptance criteria furnished by T-Scan.



# 7.0 Project Price and Payment Terms

BPA estimates that this project will take 31 weeks elapsed time at an estimated cost of US **$111,600. BPA also expects to receive the payment of $ 25,031 towards pending invoices with Tscan relating to previous project . BPA has a credit of $10000 as mobilization advance. Hence the total price BPA expects to receive under this proposal stands at $126,631( $111600 + $25,031- $10,000).**

## 1. Resource, Project Duration & Price

| Resource Description | Estimated Work Hours | Hourly Billing rate |
|---|---|---|
| Alfresco Consultant (Harsha Rachapalli or equivalent) | 600 | $90/hr |
| Portal Consultant (Sunder or equivalent) | 640 | $90/hr |
| Project Advisor (Vijji Suryadevara or equivalent) | On a need Basis | No Charge |

The price calculation assumes the participation of 2 BPA FTEs in USA. The price also factors in cost towards development hardware required by the BPA team and communication expenses. BPA will present invoices based on milestones as detailed below and expects to receive payment on receipt of invoice.

| Milestone | Date | Amount in US$ |
|---|---|---|
| Milestone Invoice I- Start of Development(Includes the Payment of pending invoices) | 22nd Dec 2008 | 25,000 |
| Milestone Invoice II- Completion of prototype of Portal | 3rd February, 2009 | 50,000 |
| Milestone Invoice III- Development complete | 10th April, 2009 | 51,631 |

T-Scan and BPA will work together to assess project impact caused by significant scope changes and BPA will implement the scope changes once a mutual commercial and project schedule agreement is reached. Small scope changes will be absorbed by BPA or a scope tradeoff can be agreed to by both parties.

## 7.1 Project Expenses

The price described in section 8.0 does not include expenses towards travel, boarding and lodging of BPA personnel.

Such travel must be pre-approved by T-Scan and will be charged to T-Scan on an actual basis. No expenses will be incurred without prior approval from T-Scan. All travel by BPA personnel shall be consistent with T-Scan travel and expense guidelines



# Appendix A: Acceptance and Sign Off

By signing below, BPA Technologies (BPA) and T-Scan accept this proposal as a statement of work that will be executed by BPA. This proposal will supersede any prior project document or communication that may have been exchanged between BPA and T-Scan related to this implementation effort.

Once signed, any reproduction of this document made by reliable means (e.g., photocopy, facsimile or other scanned image) is considered an original.

| **BPA Technologies, Inc.** | **T-Scan Corporation,** |
|---|---|
| Signed: ______________________ | Signed: ______________________ |
| Name: ______________________ | Name: ______________________ |
| Title: ______________________ | Title: ______________________ |
| Date: ______________________ | Date: ______________________ |

4200 23rd Avenue West, Suite 100 Seattle, WA 98199-1283 Phone: 206.285.6322 Fax: 800.238.7307

OFFICIAL ORDER FORM

**July 24, 2008**

T-Scan, on behalf of [redacted], is requesting records from the following providers. Please indicate your preference for records on the appropriate line below, and return this form with the signed releases. If this official order form is not returned, you will not receive copies of records.

**Re:** [redacted]
**Case No.:** [redacted]
**Patient:** [redacted]

**If applicable, I want to be informed of any x-rays/films/MRI available. ___Y ___N**

**___Y ___N provider name**
**___Y ___N provider name**
**___Y ___N provider name**

______________________________ ______________
[redacted] **WSBA No. WSBA #** **Date**

**By signing this order form I understand and agree: 1) that I am responsible for all charges incurred in the production of records/copies/films I have ordered above; 2) that those fees include, but are not limited to a) a $21.00 clerical fee per record produced, b) a $0.45 per page copy fee; c) any shipping/messenger charges; d) any charges created by specialty requests/media variations in production of the documents, and; 3) that it is my responsibility to inform T-Scan in writing if I wish to cancel my request for records.**

# HIPAA COMPLIANT AUTHORIZATION TO DISCLOSE HEALTH INFORMATION

**Patient Name:** [redacted] **Health Record Number:**
**Date of Birth:** [redacted] **Social Security Number:** [redacted]

1. I authorize the use or disclosure of the above named individual's health information as described below:

2. The following individual or organization is authorized to make the disclosure:

   Provider
   Address 1
   Address 2

3. **The type and amount of information to be used or disclosed is as follows:**

   ☒ **entire medical record** **for all dates**
   ☒ **entire billing records** **for all dates**
   ☐ **x-ray and imaging reports** **from (date) ________ to (date)____________**
   **other** ______________________________________________________________

   ______________________________________________________________

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

   This information may be disclosed to and used by the following individual or organization:
   T-Scan Corporation, 4200 23rd Avenue West, Seattle, Washington 98199, ~~Law Offices of Deborah A. Severson, 3315 South 23rd Street, Suite 310, Tacoma, Washington 98405, and representatives of Safeco Insurance Companies.~~
   for the purpose of adjudicating person's law suit or claim.

5. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: ______________. If I fail to specify an expiration date, event or condition, this authorization will expire ~~ninety days from date of signature.~~ at the end of litigation

6. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in CFR 164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).

7. I understand and agree that a copy or facsimile of my signature will be counted as valid as the original.

_______________________________ _______________________
Signature of Patient or Legal Representative Date

_______________________________ _______________________
If Signed by Legal Representative, Relationship to Patient Signature of attorney or witness



Co-Counsel Auth Letter

TSCAN
CORPORATION

[redacted]
Account Specialist
[redacted]

July 24, 2008

**Re:** [redacted]
**Case No.:** [redacted]

Dear Ms. St. Louis,

I am a representative of T-Scan, Inc. We are the record retrieval service for LawFirm [redacted] Enclosed please find an order form for the above referenced matter. Please indicate your preference for copies of the records and return it to T-Scan at your earliest convenience.

**<u>Please note that if you do not return T-Scan's order form we will assume that you do not wish copies of the records. Return these to me at your earliest convenience.</u>**

Thank you,

[redacted]
Account Specialist
T-Scan Corporation

Enclosures

*4200 23rd Avenue West, Suite 100 Seattle, WA 98199-1283*

*Phone: 206.285.6322 Fax: 800.238.7307*



PA Auth Letter

TSCAN CORPORATION

Account Specialist

**July 24, 2008**

**PA Information**

**Re: Case Name**
**Case No.: Case Number**

Dear Mr/s. Plaintiff Last Name,

I am a representative of T-Scan, Inc. We are the record retrieval service for Law Offices of Deborah A. Severson. Enclosed please find authorizations and the IRS Form 4506 to collect records of your client for their case involving Safeco. Please sign the authorizations, as well as sign and complete the highlighted areas of the IRS Form 4506. Please make sure that the appropriate **tax form number** is entered in **line 6 of the IRS form**. Also, please indicate on the order form whether you would like copies of the records.

**Please note that if you do not return T-Scan's order form we will assume that you do not wish copies of the records. Return these to us as soon as possible.**

Also, if there is any additional contact information, including first names, addresses, phone numbers, FAX numbers, etc. for any of the providers, please insert it in the space provided on the authorizations.

Thank you,

Rachel Battle
Account Specialist
T-Scan Corporation

Enclosures