HON. MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **T-SCAN CORPORATION**, a Washington Corporation,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>**BPA TECHNOLOGIES, INC.**, a California Corporation,<br><br>    Defendant/Counterclaim Plaintiff,<br><br>and<br><br>**ALFRESCO SOFTWARE AMERICAS, INC.,** a Delaware Corporation,<br><br>    Defendant. | **Case No.:  2:10-cv-0470 MJP**<br><br>PLAINTIFF T-SCAN CORPORATION'S SURREPLY TO BPA TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE (RULE 12(b)(3)) OR IN THE ALTERNATIVE REQUEST TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 |

COMES NOW Plaintiff/Counterclaim Defendant T-Scan Corporation ("Plaintiff") and respectfully requests that the Court consider Plaintiff's surreply to Defendant/Counterclaim Plaintiff BPA Technologies, Inc.'s ("Defendant") motion to dismiss or transfer venue for the following reasons:

PLAINTIFF T-SCAN CORPORATION'S SURREPLY TO BPA TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE (RULE 12(b)(3)) OR IN THE ALTERNATIVE REQUEST TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 - 1

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

1. Defendant BPA Technologies filed it Motion To Dismiss For Improper Venue or In the Alternative Request to Transfer Venue ("Motion") on April 29, 2010 at 5:14 pm. alleging that the Western District of Washington is an improper venue for this matter. Docket No. 3.

2. Defendant then filed its Answer to the Complaint on April 29, 2010 at 9:25 p.m.

3. In its answer, Defendant denies Plaintiff's claim for venue properly lying in the Western District of Washington (Complaint at ¶ 7, Docket No. 1; Answer and Counterclaims at p. 2, ¶ 7, Docket No. 6).

4. In Defendant's Counterclaims, Defendant subsequently alleges that the Western District of Washington *is* the proper venue for its counterclaims (Answer and Counterclaims at p. 8, ¶ 5, Docket No. 6).

5. Consequently, Plaintiff asserts that Defendant BPA Technologies, Inc. has most recently admitted, unequivocally, that venue is proper in this judicial district and, as such, has constructively withdrawn its motion to dismiss or transfer the matter to another venue. Therefore, Plaintiff T-Scan respectfully requests the Court to deny Defendant's Motion on that basis.

Dated this 17th day of May 2010.

Respectfully submitted,

CARPELAW PLLC

 *s/ Robert S. Apgood*
Robert S. Apgood, WSBA #31023
Attorney for Plaintiffs
CARPELAW PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
Email: rob@carpelaw.com

PLAINTIFF T-SCAN CORPORATION'S SURREPLY TO BPA TECHNOLOGIES, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE (RULE 12(b)(3)) OR IN THE ALTERNATIVE REQUEST TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 - 2

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)

**CERTIFICATE OF SERVICE**

I, Robert S. Apgood, do hereby certify that on the 17th day of May 2010, I caused true and correct copies of the following:

1. Plaintiff T-Scan Corporation's Surreply To BPA Technologies, Inc.'s Motion To Dismiss For Improper Venue (Rule 12(b)(3)) Or In The Alternative Request To Transfer Venue Pursuant to 28 U.S.C. § 1404; and

2. this Certificate of Service

to be served on:

Venkat Balasubramani
Focal PLLC
8426 40th Ave SW
Seattle, WA 98136
Tel:
Fax: 206-260-3966
E-mail: venkat@focallaw.com

by filing a copy of same with the Clerk of the Court via the Court's CM/ECF system. By virtue of rule of the court and his agreement with the court, the above-named attorney will receive notification of the filing and access to a copy of same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Seattle, Washington,

DATED this 17th day of May 2010.

**CarpeLaw PLLC**

*s/ Robert S. Apgood*
WSBA # 31023
CarpeLaw PLLC
2400 NW 80th Street #130
Seattle, WA 98117-4449
Telephone: (206) 624-2379
Facsimile: (206) 784-6305
E-mail: rob@carpelaw.com

PLAINTIFF T-SCAN CORPORATION'S SURREPLY TO
BPA TECHNOLOGIES, INC.'S MOTION TO DISMISS
FOR IMPROPER VENUE (RULE 12(b)(3)) OR IN THE
ALTERNATIVE REQUEST TO TRANSFER VENUE
PURSUANT TO 28 U.S.C. § 1404 - 3

CARPELAW PLLC
2400 NW 80th Street #130
Seattle, Washington 98117
(206) 624-2379 - (206) 784-6305 (fax)