THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| T-SCAN CORPORATION, a Washington corporation,<br><br>                Plaintiff,<br><br>v.<br><br>BPA TECHNOLOGIES, a California corporation<br><br>                Defendant. | No.   C10-470 MJP<br><br>**VERDICT FORM** |

We, the jury, answer the questions submitted by the court as follows:

1) Has T-Scan proved that Defendant BPA Technologies materially breached the contract?

    Yes ✓    No ____

*INSTRUCTION: If you answered "yes," proceed to Question 2. If you answered "no," proceed to Question 5.*

2) Has BPA Technologies proven that an affirmative defense excuses its breach, with all of you agreeing on the same affirmative defense?

    Yes ✓    No ____

*INSTRUCTION: If you answered "yes," proceed to Question 3. If you answered "no," proceed to Question 4.*

VERDICT FORM
CASE NO. C10-470 MJP
Page -- 1

3) Which were the affirmative defense(s) that you all agreed upon?

    a. Did T-Scan fail to mitigate damages?

        Yes _____   No ✓

    b. Did T-Scan either through its conduct or words, waive the requirement that BPA deliver the software, or portions thereof, by a particular date?

        Yes ✓   No _____

    c. Did T-Scan take unjustified action which prevented BPA's performance of its obligations?

        Yes _____   No _____

    d. Did T-Scan fail to exercise good faith in performing its obligations under the agreement?

        Yes _____   No _____

*INSTRUCTION: If you answered "yes" to any of the above sub-parts, skip Question 4 and proceed to Question 5.*

4) What were T-Scan's damages from the breach?

        $ _____

*INSTRUCTION: Continue to Question 5.*

5) Has BPA Technologies proved that T-Scan materially breached the contract?

        Yes _____   No ✓

*INSTRUCTION: If you answered "yes," proceed to Question 6. If you answered "no," sign and date this verdict form.*

\\ Shawn C. Druslee    9/16/11
\\

VERDICT FORM
CASE NO. C10-470 MJP
Page -- 2

6) What were BPA Technologies' damages from the breach?

$ _____

*INSTRUCTION: Sign this verdict and notify the bailiff.*

DATE: _____    _____
                          Presiding Juror