# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| T-SCAN, a Washington corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BPA TECHNOLOGIES, a California corporation,<br><br>　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C10-470MJP |

XX　　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___　　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　　　THE JURY FINDS that BPA Technologies materially breached the contract <u>but</u> has proven that an affirmative defense excuses its breach.  Jury further finds T-Scan did not materially breach the contract.

　　　　Dated September 20, 2011.

William M. McCool
Clerk of Court

s/Mary Duett
Deputy Clerk
